# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ROSA L. PRESTON, | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 96-01143-WS-C |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | : |
| | : |
| Defendant. | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner receive as an attorney's fee the sum of $7,674.25 pursuant to 42 U.S.C. § 406(b) for the 14.75 hours of legal services performed in this Court.

**DONE** and **ORDERED** this 6th day of May, 2005.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE